1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
   THOMAS M. NEWMAN  (NYBN 4256187)
   Assistant United States Attorney
5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7200
       Fax: (415) 436-7234
7      E-Mail: thomas.newman2@usdoj.gov

8  Attorneys for United States of America

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,            )   No. CR-12-616-YGR
13                                      )
           Plaintiff,                   )
14                                      )   NOTICE OF DISMISSAL
      v.                                )   AND ORDER
15                                      )
   EDRICK HARVEY,                       )
16                                      )
           Defendant.                   )
17                                      )
                                        )
18 _____)

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
   United States Attorney for the Northern District of California dismisses Defendant Edrick
20
   Harvey from the above-captioned indictment without prejudice.
21

22 DATED: April 16, 2013              Respectfully submitted,
23
                                      MELINDA HAAG
24                                    United States Attorney

25                                    /s/ Douglas Wilson for
26                                    MIRANDA KANE
                                      Chief, Criminal Division
27

28

NOTICE OF DISMISSAL (CR 12-616-YGR)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EDRICK HARVEY,<br><br>    Defendant. | No. CR-12-616-YGR<br><br>[proposed] ORDER |

IT IS ORDERED THAT leave is granted to the government to dismiss Defendant Edrick Harvey from the above-captioned indictment.

IT IS SO ORDERED.

Date: April 18, 2013

Yvonne Gonzalez Rogers
United States District Judge